IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEEFE DITTA**                                                                 **PLAINTIFF**

V.                                                 **CAUSE NO. 1:13CV294-LG-JCG**

**BEAU VIEW PHASE I CONDOMINIUMS**
**OWNERS ASSOCIATION, INC.**                                    **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [50] filed by Defendant Beau View Phase I Condominiums Owners Association, Inc., the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of October, 2014.

                                               s/ *Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               CHIEF U.S. DISTRICT JUDGE